**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JEANNE M. MARRAZZO,** | * | |
| **Plaintiff,** | * | |
| | * | **Civil Case No.: SAG-25-04144** |
| **v.** | * | |
| **ROBERT F. KENNEDY, JR.,** ***et al.*****,** | * | |
| **Defendants.** | * | |

* * * * * * * * * *

**<u>ORDER</u>**

For the reasons stated in the accompanying memorandum opinion, it is this 2nd day of November, 2026, ORDERED that Defendants' Motion to Dismiss, ECF 34, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge